UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-80659-CIV-HURLEY/HOPKINS

FRANK M. GUIDICE, et al.,

       Plaintiffs,

v.

THE SAGE CORP.,

       Defendant.

_____/

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL

On July 18, 2008, plaintiff filed a notice of voluntary dismissal with prejudice of the claims

in this FLSA case [DE # 23]. This action had previously been stayed pending arbitration and the

case administratively closed [DE # 21]. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the

court grants leave to plaintiffs to voluntarily dismiss the claims with prejudice. There being nothing

further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

    1.    All claims in this matter are **DISMISSED WITH PREJUDICE**.

    2.    Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

    3.    The case shall remain **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _21st_ day of July,

2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*